UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Steven Friscia and David Bobzien, On Behalf Of Themselves And All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Flagstar Bank, FSB and Does 1-10,<br><br>　　　　　　Defendants. | Case No.: 3:12-cv-05178-WHA<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO CHANGE TIME FOR INITIAL CASE MANAGEMENT CONFERENCE<br><br>L.R. 6-1(b)<br><br>Current Date: Jan. 17, 2013<br><br>[~~Proposed~~] New Date: Jan. 24, 2013 |

GOOD CAUSE APPEARING, it is hereby ORDERED that the initial case management conference shall be rescheduled for January 24, 2013 at 11:00 a.m. in this Court. The parties shall file an initial case management conference statement no later than January 17, 2013.

**IT IS SO ORDERED.**

Dated: January 9__, 2013



_____
　　　　　　　　　　　　William Alsup
　　　　　　　　United States District Judge

- 1 -